QUINLIVAN v THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC. (Docket No. 55773.) Rehearing denied. *Vandeveer, Doelle, Garzia, Tonkin & Kerr* and *Haggerty & Franklin* for defendant-appellee Great Atlantic & Pacific Tea Company, Inc. *Neenan & Gugel* for defendants-appellees Clarence and Dorthea Jahn. Reported at 395 Mich 244.

BAKER v CITY OF ANN ARBOR. (Docket No. 54610.) Rehearing denied. *Dykema, Gossett, Spencer, Goodnow & Trigg* for plaintiffs-appellees. R. Bruce Laidlaw, Acting City Attorney, for defendant-appellant City of Ann Arbor. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Richard R. Roesch,* Assistant Attorney General, for defendant-appellant State Tax Commission. *DeVine & DeVine* for Michigan Hospital Association as amicus curiae. Reported at 395 Mich 151.

COLEMAN, J., not participating.

*In re* HUND ESTATE (HUND v HOLMES). (Docket No. 55672.) Rehearing denied. *Dahlberg, Mallender & Gawne* for plaintiffs-appellants. *Norman P. Burau* and *Cass Piotrowski* for defendant-appellee Madeline E. Holmes. Reported at 395 Mich 188.

PEOPLE v CARTER. (Docket No. 54538.) Rehearing denied. *Kenneth M. Mogill* for defendant-appellant. Reported at 395 Mich 434.

PEOPLE v PAUL. (Docket No. 55179.) Rehearing denied. *Gillis & LaRose* for defendant-appellant. Reported at 395 Mich 444.